*NO. CC1400136*

| | | |
|---|---|---|
| *FIRST HORIZON HOME LOANS A DIVISION* | § | *IN THE COUNTY COURT* |
| *OF FIRST TENNESSEE BANK NATIONAL* | § | |
| *ASSOCIATION* | § | |
| | § | |
| *V.* | § | *AT LAW NO. 1* |
| | § | |
| *MICHAEL WEAKS and/or ALL OCCUPANTS* | § | *IN AND FOR* |
| *OF 2230 Cam Drive AKA 4376 CR 3131* | § | |
| *Lone Oak, Texas 75453* | § | *HUNT COUNTY, TEXAS* |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/30/2014 9:44:16 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

Defendants, MICHAEL WEAKS and ALL OCCUPANTS OF 2230 Cam Drive AKA 4376 CR 3131, Lone Oak, Texas 75453, including CHRISTI DIANE WEAKS, file this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

1. The trial court, trial court case number and style of this matter are shown in the above caption.

2. The judgment or order appealed from was signed on October 2, 2014.

3. MICHAEL WEAKS AND ALL OCCUPANTS OF 2230 Cam Drive, also known as 4376 CR 3131, Lone Oak, Texas 75453, desire to appeal.

4. This appeal is being taken to the Sixth District Court of Appeals, Texarkana, Texas.

5. This notice is being filed by MICHAEL WEAKS on behalf of himself AND ALL OTHER OCCUPANTS OF 2230 Cam Drive, also known as 4376 CR 3131, Lone Oak, Texas 75453.

Respectfully submitted,

PEMBERTON, GREEN, NEWCOMB & WEIS

BY: _____

LARRY W. GREEN, JR.
State Bar Card # 00792545
2507 Washington Street
P.O. Box 765
Greenville, Texas 75403-0765
903/455-1876
903/455-1710 (Telecopier)
lgreenjr@pgnwlaw.com
ATTORNEY FOR DEFENDANTS
Michael Weaks, and all other occupants of 2230
Cam Drive AKA 4376 CR 3131, Lone Oak, Texas
75453

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Defendants' Notice of Appeal has been delivered by facsimile transmission (972) 247-0642 and certified mail, return receipt requested, to Chris S. Ferguson, Travis H. Gray and Jack O'Boyle, attorneys for Plaintiff, at their address of Jack O'Boyle & Associates P.O. Box 815369, Dallas, Texas 75381, on this the 29th day of December, 2014.

_____
Larry W. Green, Jr.

LAW OFFICES OF
# PEMBERTON, GREEN, NEWCOMB AND WEIS
ATTORNEYS AT LAW
2507 WASHINGTON STREET
GREENVILLE, TEXAS 75401
903/455-1876

BILL PEMBERTON (1923-1995)
LARRY W. GREEN
STERLING E. NEWCOMB
JOE E. WEIS

ASSOCIATE:
LARRY W. GREEN, JR.

P.O. BOX 765
GREENVILLE, TEXAS 75403-0765
TELECOPIER
903/455-1710

December 29, 2014

Hunt County Clerk
Hunt County Courthouse
Greenville, Texas 75401
Attn: Tammie or Beth

> RE: *Cause No. CC1400136*
> *First Horizon Home Loans a Division of First Tennessee Bank*
> *National Association v. Michael Weaks and/or all occupants of*
> *2230 Cam Drive AKA 4376 CR 3131 Lone Oak, Texas*
> *In the County Court at Law No. 1 of Hunt County, Texas*

Dear Tammie or Beth:

Please find herewith the original and three copies of the Notice of Appeal in the above referenced matter.

Please file the original pleading among the other papers on file in the cause and return the extra file marked copies to my office.

Thank you for you attention to this matter.

Sincerely yours,

Larry W. Green, Jr.

LWGjr/kdc
Enclosures
c: Dr. and Mrs. Mike Weaks
   Mr. Chris Ferguson

S:\LGJr_Assistant\WP Documents\TREM\Work\LGjr\10 General Litigation\Weaks, Michael and Christi\HCC - Notice of Appeal .wpd

3

NOTICE OF APPEAL-CIVIL FORM

NO. CC1400136

MICHAEL WEAKS                                    IN THE HUNT COUNTY
And/or ALL OCCUPANTS

VS.                                              COURT OF LAW #1

FIRST HORIZON HOME LOANS                         HUNT COUNTY, TEXAS

------------------------------------------------------------------------------------------------

DATE NOTICE OF APPEAL FILED: DECEMBER 30, 2014

DATE OF JUDGMENT (OR APPEALABLE ORDER): OCTOBER 2, 2014

DATE OF MOTION FOR NEW TRIAL, IF FILED: OCTOBER 22, 2014

NAME OF TRIAL COURT JUDGE: J. ANDREW BENCH

NAME OF COURT REPORTER: CHER PERRY

NAME OF DEFENSE ATTORNEY ON APPEAL: LARRY W. GREEN JR.

ADDRESS: P.O. BOX 765 CITY GREENVILLE, STATE TX., ZIP: 75403

DEFENSE ATTORNEY ON APPEAL: _ APPOINTED _X_ RETAINED _PRO SE